The United States District Court For The District Of Columbia
December 12th, 2016


Matthew Jones,
Plaintiff,


Versus,


Delaware Governor Jack Markell
Defendant,

Case: 1:17-cv-00326
Assigned To : Unassigned
Assign. Date : 2/23/2017
Description: Pro Se Gen. Civil   (F-DECK)

Case No._____


## Motion For A Change Of Venue To
## The United States District Court For The District Of Columbia

In my Understanding of Law and Complaints, Due Process works this way:
1) If a <u>crime</u> is committed against me, I should report it to the nearest police department;
If the Police Department refuses to take action, then I:
2) Report my crime to the local Justice of the Peace.
) If the Justice of the Peace refuses to take action, then I report it to the highest Court in my County, Sussex, in Delaware. That Court is the Sussex County Superior Court.
3) If the Sussex County Superior Court refuses to take action, then I need to report it to my Attorney General, and the Superior Court in my state Capitol, which is in Dover.
) If the Kent County Superior Court and the Attorney General's office refuse to help me, then I am compelled to sue.

4) The Court that I should sue in is determined by my location, the location of the events, the addresses of the Defendants, and the amount of money that I am suing for:
5) Since I live in Sussex County, a logical place to start would be the nearest J.P. Court if I am asking for less than $500. I should sue in the Court of Common Pleas for my County if

[Stamp: Mail Room DEC 1 2 2016, Clerk of Court, District of Columbia]

am seeking more than $500 and less than $5000. I should sue in the Superior Court my County if I am seeking more than $5000.

6) If I am unfairly treated by the Courts in my County, then I should sue in the Superior Court in my state capital and in the United States District Court for my District of Delaware.

7) If my case is illegally handled in District Court, then I may Appeal to the Circuit Courts and Courts of Appeals.

8) If I continue to be treated unfairly by my State and the District Court assigned to my State, then there are two more logical steps before sending my Lawsuits directly to Washington, D.C. :
   A) I should sue in High Courts of nearby states, matching the authority of the Delaware Court who unfairly, illegally oppressed me.
   B) I should file my Cases in a known Legal Authority. In school, I was taught that Philadelphia is the signing place of the Declaration of Independence and a High Authority of Law. Another choice would be Annapolis, MD, where military tribunals are held. A third place could be in Virginia, near William and Mary University of Law, Roanoke, and Appomattox. Other good choices include Chicago, IL, New York, NY, Boston, MA, and Dallas, TX.

9) If I am still be treated illegally, after all of these procedures- then, the last recourse and last possible destination where I might find law being practiced, is Washington, D.C., in District Court. If am Denied by the Washington, D.C. District Court, then I can Appeal to the Washington D.C. Court of Appeals. If my illegal treatment is upheld, I can request to be heard by the U.S. Supreme Court, and write to Congress.


IN CONGRESS, JULY 4, 1776
The unanimous Declaration of the thirteen united States of America
        When in the Course of human events it becomes necessary for one people to dissolve the political bands which have connected them with another and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.
**We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.** — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn that mankind are more disposed to suffer, while evils are sufferable than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. — Such has been the

My Case USDC-DE 15-1017 was egregiously Dismissed, and my right to appeal was Denied in the 3rd Circuit Court of Appeals in Philadelphia. I will address the USDC Court decisions later in this motion, I would like to take this time to share some photos, documents, of mine. Thank you for taking the time to consider my plea.

Exhibits

1. My Invitations to the Inaugurations of Delaware, Governors Minner & Markell:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10153301937464464.1073741911.855609463&type=3&qsefr=1
   https://www.facebook.com/photo.php?fbid=10154048296269464&set=a.10152920232074464.1073741866.855609463&type=3&theater
   https://www.facebook.com/photo.php?fbid=10154070426029464&set=a.10152900431879464.1073741859.855609463&type=3&theater
2. My College Transcript :
   https://www.facebook.com/photo.php?fbid=10153041412119464&set=a.10152898011574464.1073741853.855609463&type=3&theater
3. Matthew Jones is Power of Attorney of Linda C. Jones:
   https://www.facebook.com/photo.php?fbid=10154257518574464&set=a.10152898011574464.1073741853.855609463&type=3&theater
4. Mental Health Hospitalizations, Starting in 2005.
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10152938000999464.1073741870.855609463&type=3
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10153707906519464.1073741940.855609463&type=3
5. Video: Arrest ,Police and Interview of Linda C. Jones:
   https://www.facebook.com/matthew.n.jones/videos/vb.855609463/10153779339429464/?type=3&theater
6. Pictures Separated By Years, Showing All 30 Years That I've Spent Kidnapped By Linda C. Jones:  https://www.facebook.com/matthew.n.jones/photos_albums
7. Nude Photos of Linda C. Jones. https://goo.gl/photos/UyLicGjVi5aCDMf9A


**In The Next Few Pages I Want to Demonstrate and Cite Injustices That I have Perceived in the United States District Court For Delaware**


<u>Matthew Jones V. Dr. Khaled Mirza, Dover Behavioral Health Hospital, and the Delaware Psychiatric Center, Case # 15-1017:</u>

1. When I filed, on 11/4/2015, I showed evidence that I am not schizophrenia, Linda is not female, and that I am badly injured, kidnapped, imprisoned, and need immediate relief.
   https://www.facebook.com/photo.php?fbid=10153723741194464&set=a.10153723729214464.1073741944.855609463&type=3&theater      ----- No Action was Taken by the Court or the U.S. Marshalls.
2. On June 1st, 2016, The Court rejected my submitted Nude Photos of Linda C. Jones. It wrote that they were lewd, and it continues to designate Linda as my Birth Mother.
   https://www.facebook.com/photo.php?fbid=10154239916429464&set=a.10153723729214464.1073741944.855609463&type=3&theater
3. On August 8th, 2016 it Dismissed allegations against all Defendants.
4. In the same order, it made Delaware Psychiatric Hospital Immune from Lawsuit.
5. It denied my Motions to Hold Parties in Contempt for over 50 Ignored Subpoenas that I have issued.
6. It granted defendants motion to quash all subpoenas and stay discovery.
   https://www.facebook.com/photo.php?fbid=10154239916429464&set=a.10153723729214464.1073741944.855609463&type=3&theater
7. Dr. Khaled Mirza accepted Linda C. Jones as his patient. I am Linda C. Jones' Power of Attorney. I notified the Delaware Board of Professional Regulation, and the 3rd Circuit Court as well. No action has been taken.
   https://www.facebook.com/search/top/?q=dr.%20mirza%20linda%20jones

*In this Case, The High Court has Broken These Laws of Federal Procedure & Title Code :*
   1) 5 U.S. Code § 706 - Scope of review

To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing court shall—

(1) compel agency action unlawfully withheld or unreasonably delayed; and

(2) hold unlawful and set aside agency action, findings, and conclusions found to be—

(A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;

(B) contrary to constitutional right, power, privilege, or immunity;

(C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;

(D) without observance of procedure required by law;

(E) unsupported by substantial evidence in a case subject to sections 556 and 557 of this title or otherwise reviewed on the record of an agency hearing provided by statute; or

(F) unwarranted by the facts to the extent that the facts are subject to trial de novo by the reviewing court.

In making the foregoing determinations, the court shall review the whole record or those parts of it cited by a party, and due account shall be taken of the rule of prejudicial error.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 393.)

2) Rule 45. Subpoena

(e) Duties in Responding to a Subpoena.

(1) Producing Documents or Electronically Stored Information. These procedures apply to producing documents or electronically stored information:

(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

### 3) Continuing-violations doctrine

In tort law, if a defendant commits a series of illegal acts against another person (or in criminal law if someone commits a continuing crime) the limitation period may begin to run from the last act in the series. In the 8th Circuit case of Treanor v. MCI Telecommunications, Inc., the court explained that the continuing-violations doctrine "tolls [freezes] the statute of limitations in situations where a continuing pattern forms due to [illegal] acts occurring over a period of time, as long as at least one incident ... occurred within the limitations period."[13] Whether the continuing-violations doctrine applies to a particular violation is subject to judicial discretion; it was ruled to apply to copyright infringement in Taylor v. Meirick (712 F.2d 1112, 1119; 7th Cir. 1983) but not in Stone v. Williams (970 F.2d 1043, 1049–50; 2d Cir. 1992).[14]

4) 42 USC 1983 Civil Rights

Prohibition against discrimination or segregation required by any law, statute, ordinance, regulation, rule or order of a State or State agency. Prohibition against deprivation of, interference with, and punishment for exercising rights and privileges secured by section 2000a or 2000a–1 of this title .

42 USC Ch. 21: CIVIL RIGHTS - U.S. Code

5) Forma Pauperis, Fee Waivers- Denied Illegally (IN ALL USDC-DE CASES)

26 U.S. Code § 104  (a) Gross income does not include- (1) amounts received under workmen's compensation acts as compensation for personal injuries or sickness;

(2) the amount of any damages (other than punitive damages) received (whether by suit or agreement and whether as lump sums or as periodic payments) on account of personal physical injuries or physical sickness;

(3) amounts received through accident or health insurance (or through an arrangement having the effect of accident or health insurance) for personal injuries or sickness (other than amounts received by an employee, to the extent such amounts (A) are attributable to contributions by the employer which were not includible in the gross income of the employee, or (B) are paid by the employer)

6) <u>Rule 4 Summons: (3) By a Marshal or Someone Specially Appointed.</u> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916.

7) <u>Rule 26. Duty to Disclose; General Provisions Governing Discovery</u>

(a) Required Disclosures.

    (1) *Initial Disclosure.*

(A) In General. Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:

    (i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

    (ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

Matthew Jones V. Delaware State Police, & Crisis Intervention Services CS: 16-005.

1. Crisis Intervention was served on January 14th, 2016. In April, 2016, they had not responded. I filed a Motion For Default Judgment. Hon. Richard Andrews denied my Motion. He cited a process that included the Motion being recommended by the Clerk of the Court after Notification. The Clerk of the Court, John Cerino, refused to comply that Crisis was in Default.
https://www.facebook.com/photo.php?fbid=10154155024824464&set=a.10153885843119464.1073741963.855609463&type=3&theater

    Judge Andrews and Clerk Cerino violated:

1) Rule 55. Default; Default Judgment

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) Entering a Default Judgment.
(2) By the Court. In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented

2. Order Denying My Expungement By Hon. Millman, Family Court.
   https://www.facebook.com/photo.php?fbid=10153253337554464&set=a.10153253334284464.1073741904.855609463&type=3&theater
3. Family Court Parentage Dismissal, Plaintiff.
   https://www.facebook.com/photo.php?fbid=10154080564509464&set=a.10152912383904464.1073741860.855609463&type=3&theater

Justice of the Peace Courts

I was evicted by the JP Court in Georgetown in 2015, briefly. Ownership of my residence was judged to be Linda's. Sterilized male, identified as my birth mother, and a violent serial killer. I have been removed over 20 times from my home because he was unsafe, unhappy with my stay.

I have been responsible for over 30 motor vehicle violations. Kidnapping, Attempted Murder, Sexual Peonage, and Pedophilia continues to be inadmissible and will not be heard, ruled on, or investigated. I cannot be a victim in the eyes of God, the Law. My cases are only brought to court if I can be found to be an assailant- no matter how obviously untrue.

Personal Injuries, Murders, and Deaths

I have a bad back, rotten mouth, and intestines so unhealthy that I must get regular colonoscopies. I have esophagitis, and warts. I was the subject of peonage. I don't trust my test results. My STD results are negative, and I can see the warts on my hand. My nose is broken. A botched surgery in 2015, may have made it even worse. I have suffered head trauma from a baseball bat, as a 2nd Grader. It was never treated well. My nose was broken by the police force at 11 years old. The courts have ruled that it remain that way.

I survived barrages, attacks, and ambushes, throughout middle school and high school. I had to leave college for offending a young woman with HIV. I was convicted of Harassment. She infected two fellow students, and still does not divulge her status. Courts in Delaware and Connecticut give her that right. I consider her actions murder, attempted murder.

I was involuntarily hospitalized and medicated for schizophrenia from 2005-2015. The basis of my schizophrenia was believing that Jenna Roberts was multiple people and an identity used by law enforcement to commit pedophilia, murder, and grand larceny.

After proving my statements about Jenna were true using online resources like facebook, my diagnosis did not go away. I am not schizophrenic for believing that Linda C. Jones is not a woman or my birth mother. I have provided photos of Linda nude, and genetic tests.

I returned to school but was not accepted by the community. While I was away in class, my grandmother was attacked by Linda.

My Grandmother died after Linda C. Jones attacked her, a year later. Linda was arrested, but charges were dropped. Dr. Ronald Cain, uncle, died a mysterious death in 2004. The police,

in their usual manner, concluded that he had committed suicide. Richard Cain, uncle, died after spending his life in schizophrenic treatment. Richard was always well spoken, with good penmanship, and served in the U.S. Military in the Vietnam War.

Purnel Jones died his last death while Grandmother Mildred was being treated for her attacks. He had several strokes and aneurysms. He was very overweight. The State of Delaware held him responsible for paying child support to Linda, for custody of me as a minor. He died a slim man, quiet, in Hillside Retirement Home, Wilmington, Delaware.

In burial, he removed Kenneth from his wife Judy and replaced her in Kenny's grave. The grave site is now holding Kenny & Purnel. Judy must find another burial place.

Kenny died after a long battle with cancer, in 2005. Purnel often stole from Kenny's house and business. Purnel often contacted the police and politicians, giving details about what he saw of Kenny's. Kenny and Judy gave Purnel and I a place to live in the summer of 1995.

Dr. Noah Cain died after a long battle with throat cancer in 1999. Linda and I both have Hurthle Cells in our throats.

## Exhibits

1. Matthew Jones, Medical: Spine, Lab Corps.
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10153070520349464.1073741892.855609463&type=3
2. 2016 Medical:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10154063334729464.1073741971.855609463&type=3
3. 2007-2015 Medical:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10154063354809464.1073741972.855609463&type=3
4. Childhood Dental:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10153765090044464.1073741958.855609463&type=3
5. Pediatric Records:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10153430370069464.1073741920.855609463&type=3
6. The Cain Family:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.10153030465434464.1073741878.855609463&type=3
7. Linda's Arrest, Newspaper Article, Assaulting Mother Mildred:
   https://www.facebook.com/photo.php?fbid=10153098432684464&set=a.10153044348434464.1073741889.855609463&type=3&theater

## Conclusion

I, Matthew Jones, hopes that the High Court takes everything that I have stated into Consideration and Grants Acceptance that my case be tried in it. If, however, the Court

should decide that it is not the Proper Venue, I plead that the District Court transfer my case to its appropriate place of Jurisdiction. Thank you for your time and attention,

Sincerely,

*Matthew Jones* (signature)

Matthew Jones

11366 Sussex Highway

Greenwood, DE 19950

(302)349-5251

AzraelLinusSmith@gmail.com

PROOF OF SERVICE

I hereby certify that on December 12th, 2016, a true and correct copy of this submission was sent via first class mail, postage prepaid, upon:

Governor Jack Markell of Delaware

Office Of The Governor

150 MLK Blvd.

2nd Floor

Dover, Delaware 19901

(302) 744- 4101

_____
Matthew Jones

11366 Sussex Highway

Greenwood, DE 19950

(302) 349-5251

AzraelLinusSmith@gmail.com

(302) 349-5251